IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

BEAVER REED, JR.,

      Appellant,

v.

      Case No.  5D23-1174
      LT Case No. 2003-CF-32868-A

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 9, 2023

3.800 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Beaver Reed, Jr., Live Oak, pro se.

No Appearance for Appellee.


PER CURIAM

      Appellant appeals the trial court's denial of his Florida Rule of Criminal

Procedure 3.800 motion for postconviction relief in Brevard County Circuit

Court Case No. 2003-CF-32868-A. We affirm the trial court's order and

caution Appellant that abusive, repetitive, malicious, or frivolous filings

directed to Brevard County Circuit Court Case No. 2003-CF-32868-A may

result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. See § 944.279(1), Fla. Stat. (2022); State v. Spencer, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; APPELLANT CAUTIONED.

LAMBERT, C.J., HARRIS and SOUD, JJ., concur.